**Jabbar Jomo STRAWS, Plaintiff— Appellant,**

v.

**WIS NEWS; Tamara King; Chantelle Janelle; The Producer, Defendants— Appellees.**

No. 08–6543.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 8, 2008.

Jabbar Jomo Straws, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jabbar Jomo Straws appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Straws v. WIS News,* No. 4:07–cv–01681–HFF, 2008 WL 880517 (D.S.C. March 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*